UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RANDY J. DREESE, ) | |
| ) | |
| Plaintiff, ) | No. 11 CV 50301 |
| v. ) | |
| ) | Magistrate Judge Mahoney |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT WITH REMAND**

Plaintiff and Defendant jointly move this court for entry of judgment with remand. This court has the power, pursuant to sentence four of Section 205(g) of the Social Security Act, "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Parties agree that, on remand, Plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. The administrative law judge will: (1) update the medical record concerning Plaintiff's condition; (2) further evaluate the credibility of Plaintiff's subjective complaints, including those concerning his alleged need for a cane; (3) further evaluate the treating, consulting, and reviewing medical source opinions, including those of Drs. Ahmed, Oberlander, and Wang, and explain his rationale for the weight assigned to their respective opinions; (4) further assess Plaintiff's residual functional capacity on the updated record; (5) if appropriate, obtain supplemental information from a vocational expert concerning the effect of any assessed functional limitations on Plaintiff's occupational base; (6) associate and consider together Plaintiff's subsequent application, dated September 14, 2011, for concurrent Social Security

benefits, currently pending at the hearing level; and (7) issue a new decision.

WHEREFORE, the Parties respectfully request that this court enter judgment reversing the Commissioner's decision pursuant to sentence four of U.S.C. § 405(g) and remand the case to the Commissioner for further administrative action consistent with this joint motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Approved by:

s/ Barry A. Schultz[1]
BARRY A. SCHULTZ
Law Offices of Barry A. Schultz
1601 Sherman Avenue, Suite 510
Evanston, Illinois 60201
(847) 864-0224
*Attorney for Plaintiff*

Prepared by:

s/ Monica V. Mallory
MONICA V. MALLORY
Assistant United States Attorney
308 West State Street, Suite 300
Rockford, Illinois 61101
(815) 987-4444
*Attorney for Defendant*

JARED C. JODREY
Assistant Regional Counsel
Social Security Administration
200 West Adams Street, 30th Floor
Chicago, Illinois 60606
(877) 800-7578, ext. 19134
*Of Counsel for Defendant*

---

[1] Plaintiff's counsel authorized Defendant's counsel to sign on his behalf.